ESTHER LEWIS, RESPONDENT, v. M. & V. MOTOR COMPANY, A CORPORATION, AND ANTHONY MANZO, APPELLANTS.

FRANKLIN LEWIS, RESPONDENT, v. M. & V. MOTOR COMPANY, A CORPORATION, AND ANTHONY MANZO, APPELLANTS.

Submitted October 26, 1929—Decided May 19, 1930.

For the appellants, *Donohue & O'Brien.*

For the respondents, *Addison P. Rosenkrans.*

PER CURIAM.

There is a mistake of fact in the *per curiam* of the Supreme Court, which states that verdicts were awarded to the plaintiff Esther Lewis for personal injuries, and to her husband, Franklin Lewis, for loss of services and expense of curing his wife. On the contrary the suits were for loss of the car and other personal property.

With the exception just mentioned the judgments under review herein should be affirmed, for the reasons expressed in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BLACK, CAMPBELL, CASE, BODINE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, WELLS, JJ. 13.

*For reversal*—None.